IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00226-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. QINGMING HU,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 123]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss Counts [Docket No. 123] is granted. Counts 25 and 26 of the Superseding Indictment and Counts 13 and 26 of the Indictment are dismissed as to defendant Qingming Hu.

DATED May __27__, 2011.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge